**Bradley J. BAYLES, Plaintiff–Appellant,**

**Grace Y. Bayles, Plaintiff,**

v.

**INDYMAC MORTGAGE SERVICES, A Division of OneWest Bank, FSB, Deutsche Bank National Trust Company as Trustee of the Indymac Index Mortgage Loan Trust 2006–AR–3, Mortgage Pass–Through Certificates, Series 2006–ar–3 Under the Pooling and Servicing Agreement Dated February 1, 2006, Defendants–Appellees.**

No. 13–10282
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 8, 2013.

Ryan Thomas Strickland, Andrew C. Evans, The Strickland Firm, Marietta, GA, for Plaintiff–Appellant.

Frank Reid Olson, Todd Harris Surden, McCurdy & Candler, LLC, Atlanta, GA, Defendants–Appellees.

Before HULL, JORDAN, and HILL, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties set forth

\* Honorable James Randal Hall, United States District Judge for the Southern District of

in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.